FILED: March 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1220
(25-0752)

_____

DAN RIVER BASIN ASSOCIATION; SIERRA CLUB; APPALACHIAN
VOICES; CENTER FOR BIOLOGICAL DIVERSITY; WILD VIRGINIA

      Petitioners

v.

VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY; MICHAEL
ROLBAND, in his official capacity as Director of the Virginia Department of
Environmental Quality; TRISHA BEASLEY, in her official capacity as the
Director of Operations of the Virginia Department of Environmental Quality;
BRYANT THOMAS, in his official capacity as Water Resources Division
Director, Virginia Department of Environmental Quality

      Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC; DUKE ENERGY CAROLINAS, LLC;
DUKE ENERGY PROGRESS, LLC

      Intervenors – Respondents

_____

CORRECTED ORDER

_____

Upon consideration of submissions relative to petitioners' motion for stay pending appeal, the court grants a temporary administrative stay of the Clean Water Act § 401 Water Quality Certification issued by Virginia Department of Environmental Quality to Mountain Valley Pipeline, LLC for its Southgate Amendment Project until further Order of the court.

Further, the court directs the Clerk to schedule this case for oral argument on the motion for stay pending appeal at a virtual session to be held on April 28, 2026, at 2 p.m.

For the Court

/s/ Nwamaka Anowi, Clerk